UNITED STATES DISTRICT COURT
District of Maine

CARLOS PEREZ-CRISOSTOMO,   )
    Petitioner,   )
       )
v.   )
       )   No. 2:16-cr-00085-GZS
UNITED STATES OF AMERICA,   )
       )
    Respondent   )
       )
       )

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on April 21, 2021 his Recommended Decision (ECF No. 119). Petitioner filed his Objection to the Recommended Decision (ECF No. 124) on June 7, 2021.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. An evidentiary hearing is not warranted under Rule 8 of the Rules Governing Section 2255 cases;

3. It is **ORDERED** that Petitioner's Motion for habeas relief pursuant to 28 U.S.C. § 2255 (ECF 105) is hereby **DENIED,** and Petitioner's Petition is **DISMISSED**;

4. It is **ORDERED** that a certificate of appealability pursuant to Rule 11 of the Rules Governing Section 2255 Cases is **DENIED** because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. § 2253(c)(2).

/s/George Z. Singal
U.S. District Judge

Dated this 22nd day of June, 2021.